UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)  3:09-md-02100-DRH<br>)<br>)  MDL No. 2100<br>) |

**This Document Relates To:**

| | |
|---|---|
| *Brenda Karr v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10896-DRH |
| *Paola Orrego v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10790-DRH |

<u>**JUDGMENT IN A CIVIL CASE**</u>

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 29, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   */s/Caitlin Fischer*
        **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.06.30 15:00:45 -04'00'

APPROVED:
     DISTRICT JUDGE
     U. S. DISTRICT COURT